

# PowerGroup Companies

# FAX

To: Brooke Shultz          From: Gene Moyer

With: F.M.                 Pages: 5

Fax: 610-722-2683          Date: _____

Phone: 800-814-4458 x 676  Re: _____

CC: _____             Other: _____

☐ Urgent   ☐ FYI   ☐ Please Reply   ☐ Personal & Confidential

- COMMENTS:

Brooke —

Akord loss notice

Thank You.

*Gene Moyer*

**EXHIBIT C**

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee(s) listed above and no one else. If you are not the intended recipient(s) or the employee or agent responsible to deliver this message to the intended recipient(s), please do not use this transmission in any way, but contact the sender by telephone.

17721 Metcalf, Suite 103 • Overland Park, KS 66213 • phone 913.491.3280 • fax 913.491.6379 • www.powergroupbenefits.com
Power Group Benefits • Power Group Risk Services • Power Group Administrators • Power Group Financial

# ACORD® PROPERTY LOSS NOTICE

**DATE (MM/DD/YYYY):** 11/3/2008

**AGENCY**
PHONE (A/C, No, Ext): (913) 491-3280
Power Group Risk Services LLC
12721 Metcalf Ave., Suite #103
Overland Park     KS 66213
FAX (A/C, No): (913) 491-6379
E-MAIL ADDRESS: rmccallum@pgcompanies.com
CODE:          SUB CODE:
AGENCY CUSTOMER ID: 00001973

**MISCELLANEOUS INFO (Site & location code)**

**DATE OF LOSS AND TIME:** 7-17-08   12:00  X PM
**PREVIOUSLY REPORTED:** NO

**POLICY TYPE**
PROP/HOME — CO: Affiliated Fm Insurance   POL: PN791  *PN790*   NAIC CODE: 10014   EFF: 9/25/2008   EXP: 9/25/2009
FLOOD — CO:   POL:
WIND — CO:   POL:

## INSURED

**NAME AND ADDRESS OF INSURED**
Nebraska Beef Inc.
4501 S. 36th Street
Omaha    NE 68107

BUSINESS PHONE: (402) 733-7000
E-MAIL ADDRESS: fjfromi@aol.com

## CONTACT

**NAME AND ADDRESS:** *Martin Zefka 317-432-1936*

## LOSS

**KIND OF LOSS:** X OTHER — All other physical damage

**DESCRIPTION OF LOSS & DAMAGE:**
*Electrical Breakdown 100p Breaker - Shut down OF AL Dept*

## POLICY INFORMATION

**MORTGAGEE:** NO MORTGAGEE

**REPORTED BY:** *Jeni Moyer*
**REPORTED TO:** *Brooke Shultz*

ACORD 1 (2006/02)   © ACORD CORPORATION 1988-2006
INS001 (200603).01a                                                         Page 1 of 2

NOV-06-2008  12:38   POWER GROUP                              9137545947      P.003

# PROPERTY LOSS NOTICE

**ACORD**

DATE (MM/DD/YYYY): 11/06/08

| AGENCY | | |
|---|---|---|
| PHONE (A/C, No, Ext): (913) 491-3280 | | |
| Power Group Risk Services LLC | | |
| 12721 Metcalf Ave., Suite #103 | | |
| Overland Park    KS 66213 | | |
| FAX (A/C, No): (913) 491-6379 | | |
| E-MAIL ADDRESS: agardner@pgcompanies.com | | |
| CODE:    SUB CODE: | | |
| AGENCY CUSTOMER ID: 00002603 | | |

MISCELLANEOUS INFO (Site & location code): 

DATE OF LOSS AND TIME: 7-17-08, 12:00  [X] AM   PM

PREVIOUSLY REPORTED: YES / NO

| POLICY TYPE | COMPANY AND POLICY NUMBER | NAIC CODE | POLICY DATES |
|---|---|---|---|
| PROP/HOME | CO: Factory Mutual  POL: PU 790 | | EFF: 9/25/2008  EXP: 9/25/2009 |
| FLOOD | CO:   POL: | | EFF:   EXP: |
| WIND | CO:   POL: | | EFF:   EXP: |

## INSURED

NAME AND ADDRESS OF INSURED:
South Omaha Investors Pack Llc
4501 South 36th Street
Omaha    NE 68107

BUSINESS PHONE (A/C, No, Ext): (402) 733-7000

## CONTACT

NAME AND ADDRESS: MARTIN REIFKA  317-432-1936

## LOSS

DESCRIPTION OF LOSS & DAMAGE:
Electrical Breakdown 100 Amp Breaver Shut down of ul Dept

KIND OF LOSS: [X] OTHER (explain)

## POLICY INFORMATION

MORTGAGEE: NO MORTGAGEE

REPORTED BY: Gene Moyer
REPORTED TO: Broove Shultz

ACORD 1 (2006/02)    NOTE: IMPORTANT STATE INFORMATION ON PAGE 2    © ACORD CORPORATION 1988-2006

INS001 (200603).01a                                                                    Page 1 of 2


COPY agcy bill


FM Global

# EQUIPMENT ADVANTAGE

## EQUIPMENT BREAKDOWN INSURANCE POLICY
## DECLARATIONS

**Named Insured**  South Omaha Investors Pack LLC  
**Policy Number**  PN790  
**Effective/ Expiration Date**  09/25/2007 - 09/25/2008

**Mailing Address:** C/O Marvin Schreck 4501 South 36th St, Omaha, NE, 68107

**Covered Locations:** 4501 South 36th Street, Omaha, NE 68107

I. **Coverage Description: Equipment Breakdown**
Provided by: Factory Mutual Insurance Company, 1301 Atwood Ave., Johnston, Rhode Island (800) 814-4458

II. **Limits of Insurance**
| | | |
|---|---|---|
| A. | Property Damage | $35,411,000 |
| B. | Business Interruption and or Extra Expense and or Utility Service Interruption | $4,780,000 |
|    | Extended Period of Interruption | 5 Days |
| C. | Expediting Expenses | $100,000 |
| D. | a. Spoilage and or Contamination | $100,000 |
|    | b. Spoilage and or Contamination-Property of Others | No Coverage |
| E. | Hazardous Material | $100,000 |
| F. | Demolition and Increased Cost of Construction | $1,000,000 |
| G. | Water Damage | $100,000 |
| H. | Fungus, Wet Rot, Dry Rot and or Bacteria | $25,000 |
| I. | Media or Data | $25,000 |

III. **Deductibles**
| | | |
|---|---|---|
| A. | Property Damage | $10000 |
| B. | Business Interruption and or Extra Expense and or Utility Service Interruption | 24 Hours |
| C. | Spoilage and or Contamination | Combined w/PD |

IV. **Waiting Periods**
| | | |
|---|---|---|
| A. | Utility Service Interruption | 24 Hours |
| B. | Spoilage and or Contamination | 24 Hours |

V. **Forms Attached to this Policy**
1097-28; 701-14

Term Premium: $7,055

Authorized Signature _____

Countersigned (if required) at _____ by _____ Agent

GRC

RECEIVED 2007 OCT -2 PM 3:

710-5 Ed.9/05                PAGE 1 OF 1


 AB



# EQUIPMENT ADVANTAGE

## EQUIPMENT BREAKDOWN INSURANCE POLICY

## DECLARATIONS

**Named Insured**  
Nebraska Beef Inc.

**Policy Number**  
PN791

**Effective/ Expiration Date**  
09/25/07 / 09/25/08

**Mailing Address:** 4501 S. 36th Street, Omaha, NE 68107

**Covered Locations:** See Form 774-6

### I. Coverage Description: Equipment Breakdown
Provided by: Factory Mutual Insurance Company, 1301 Atwood Ave., Johnston, Rhode Island
(800) 814-4458

### II. Limits of Insurance

A. Property Damage..........................................................................$35,000,000  
B. Business Interruption and or Extra Expense and or  
   Utility Service Interruption.............................................................$42,985,000  
   Extended Period of Interruption.................................................... 5 days  
C. Expediting Expenses ....................................................................$100,000  
D. a. Spoilage and or Contamination................................................See Endorsement #1  
   b. Spoilage and or Contamination-Property of Others................. No Coverage  
E. Hazardous Material .....................................................................$100,000  
F. Demolition and Increased Cost of Construction...........................$500,000  
G. Water Damage .............................................................................$100,000  
H. Fungus, Wet Rot, Dry Rot and or Bacteria ...................................$25,000  
I. Media or Data................................................................................$25,000

### III. Deductibles

A. Property Damage..........................................................................$25,000  
B. Business Interruption and or Extra  
   Expense and or Utility Service Interruption................................... 24 Hours  
C. Spoilage and or Contamination..................................................... 10% of Loss with a minimum of $50,000

### IV. Waiting Periods

A. Utility Service Interruption............................................................. 24 Hours  
B. Spoilage and or Contamination..................................................... 24 Hours

### V. Forms Attached to this Policy
1097-28; 1097-6; 1027-7; 701-14; 774-6; Endt's #1, #2

Annual Premium: $ 105,417

Authorized Signature _____

Countersigned (if required) at _____ by _____ Agent

710-5 Ed.9/05         PAGE 1 OF 1