NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FACTORY MUTUAL INSURANCE
COMPANY, d/b/a MUTUAL BOILER RE
_____,    )
                                                   )
      Plaintiff(s),    )
                                                   )
v.    )   CASE NO.   8:09-cv-159
NEBRASKA BEEF INC., and SOUTH    )
OMAHA INVESTORS PACK, L.L.C.    )
_____,    )
                                                   )
      Defendant(s).    )

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Factory Mutual Insurance Company, d/b/a Mutual Boiler Re, makes the following disclosures concerning parent
           (Party Name)

companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐   Ten percent or more of the stock of a party is owned by a publicly held corporation

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

or other publicly held entity.

      If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

      If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

      If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

      If yes, identify the members of the entity and their states of citizenship:

Date:  May 26, 2009.

                    s/ *Dart M. Winkler*             
                    Russell E. Yates, CO Bar No.  4728
                    *Admitted Pro Hac Vice*
                    *Dart M. Winkler, CO Bar No.* 33916
                    *Admitted Pro Hac Vice*
                    *Attorneys for Factory Mutual Insurance*
                    *Company, d/b/a Mutual Boiler Re*
                    Yates Law Firm, LLC
                    1900 Wazee Street, Suite 203
                    Denver, Colorado 80202
                    Telephone:   (303) 722-2810
                    Facsimile:   (303) 722-2890
                    ryates@yateslawfirmllc.com
                    dwinkler@yateslawfirmllc.com

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

William Lamson
Lamson, Dugan & Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-2743
wlamson@ldmlaw.com,

and I hereby certify that there are no non-CM/ECF parties in this case at this time.

s/ *Teri Clanahan*