IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, d/b/a MUTUAL BOILER RE, <br><br>　　　Plaintiff(s), <br><br>v. <br><br>NEBRASKA BEEF INC., and SOUTH OMAHA INVESTORS PACK, L.L.C., <br><br>　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CASE NO.　8:09-cv-159<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF EXECUTED WAIVER AND ACCEPTANCE OF SERVICE

Plaintiff Mutual Boiler Re, ("MBR"), by and through its' undersigned counsel, hereby attaches and files this executed Waiver and Acceptance of Service it received from Attorney William Lamson, Jr. on May 13, 2009.

Date: May 27, 2009.

          s/ *Dart M. Winkler*
          Russell E. Yates, CO Bar No. 4728
          *Admitted Pro Hac Vice*
          Dart M. Winkler, CO Bar No. 33916
          *Admitted Pro Hac Vice*
          *Attorneys for Factory Mutual Insurance*
          *Company, d/b/a Mutual Boiler Re*
          Yates Law Firm, LLC
          1900 Wazee Street, Suite 203
          Denver, Colorado 80202
          Telephone:　(303) 722-2810
          Facsimile:　(303) 722-2890
          ryates@yateslawfirmllc.com
          dwinkler@yateslawfirmllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2009, I electronically filed the foregoing **NOTICE OF EXECUTED WAIVER AND ACCEPTANCE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

William Lamson
Lamson, Dugan & Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-2743
wlamson@ldmlaw.com,

and I certify that there are no non-CM/ECF parties in this case at this time.

s/ *Teri Clanahan*