NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, d/b/a MUTUAL BOILER RE, | CASE NO. 8:09-CV-159 |
| Plaintiff, | |
| vs. | |
| NEBRASKA BEEF, INC. and SOUTH OMAHA INVESTORS PACK, L.L.C., | |
| Defendants. | |

DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), NEBRASKA BEEF, INC, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations.

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

The limited partners of Nebraska Beef, Ltd., are as follows:

Nebraska Beef, Inc.—Nebraska
Day-Lee Foods, Inc.—California
Timmerman & Sons Feed—Nebraska
A B Hudson—Kansas
The McCarthy Group, Inc.—Nebraska
Robert Gottsch—Nebraska
Donald Goldstein—Nebraska
James G. Jandrain—Nebraska
L. Goldstein—Nebraska
NB Emp Group, LLC—Nebraska
Michelle Roth-Kahn—Colorado

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Date: June 2, 2009          By:     /s/ Anne Marie O'Brien
                                    William M. Lamson, Jr., #12374
                                    Anne Marie O'Brien, #18271
                                    LAMSON, DUGAN and MURRAY, LLP
                                    10306 Regency Parkway Drive
                                    Omaha, NE 68114-3743
                                    Telephone: (402) 397-7300
                                    Telefax: (402) 397-7824
                                    wml@ldmlaw.com
                                    amo@ldmlaw.com

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

## CERTIFICATE OF SERVICE

I hereby certify that on June __2nd__, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Anne Marie O'Brien

#456198