IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY, d/b/a MUTUAL BOILER RE,** | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV159 |
| vs. | ) ) | ORDER |
| **NEBRASKA BEEF, INC. and SOUTH OMAHA INVESTORS PACK, LLC.** | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion for Extension of Time (Filing No. 15). The parties state they are engaged in settlement negotiations and seek and extension of all pending deadlines by thirty days. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The parties' Joint Motion for Extension of Time (Filing No. 15) is granted.

2. Counsel shall file a joint status report concerning the status of this case on **August 3, 2009,** such report to include counsel's position(s) concerning pending deadlines.

Dated this 6th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge