IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, d/b/a MUTUAL BOILER RE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 8:09-cv-159 ) |
| NEBRASKA BEEF INC., and SOUTH OMAHA INVESTORS PACK, L.L.C., | ) ) ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having come before the court upon Plaintiff's unopposed motion for a ten-day extension of time to file its reply in support of its motion for summary judgment, and the court having considered the same,

IT IS HEREBY ORDERED that Plaintiff's motion is granted. Plaintiff shall file its reply brief on or before January 14, 2010.

Dated this 23rd day of December, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF DISTRICT JUDGE