**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE** | ) | |
| **COMPANY, d/b/a Mutual Boiler Re,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CV159** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **NEBRASKA BEEF, INC., and** | ) | |
| **SOUTH OMAHA INVESTORS PACK, LLC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's Motion to Compel (Filing No. 56) and Motion for Extension of Time (Filing No. 58). The plaintiff seeks an extension of time to respond to the defendants' Motion for Summary Judgment (Filing No. 50) until the court resolves the motion to compel and certain discovery is completed. The plaintiff has indicated the defendants intend to oppose the extension of time sought. Under the circumstances, the court finds a shortened briefing schedule is warranted. Accordingly,

**IT IS ORDERED:**

1.      The defendants shall have until **January 20, 2010**, to respond to the both plaintiff's Motion to Compel (Filing No. 56) and Motion for Extension of Time (Filing No. 58).

2.      The plaintiff shall have until **January 27, 2010**, to file any reply in support of the plaintiff's Motion to Compel (Filing No. 56) and Motion for Extension of Time (Filing No. 58).

3.      The court will schedule the plaintiff's response deadline for the defendants' Motion for Summary Judgment (Filing No. 50) after briefing for the plaintiff's Motion for Extension of Time (Filing No. 58) is completed.

DATED this 19th day of January, 2010.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge