IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, d/b/a MUTUAL BOILER RE, ) ) ) Plaintiff, ) ) vs. ) ) NEBRASKA BEEF, INC. and ) SOUTH OMAHA INVESTORS PACK, ) L.L.C., ) ) Defendants. ) | CASE NO. 8:09-CV-159 ORDER DISMISSING DEFENDANTS' BAD FAITH COUNTERCLAIM WITHOUT PREJUDICE |

THIS MATTER came on to be heard upon the joint stipulation of the parties hereto that defendants' bad faith counterclaim be dismissed without prejudice, with each party to pay their own costs, and with complete record waived.

The Court, being fully advised in the premises, finds that such an order should be entered.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that defendants' bad faith counterclaim is dismissed without prejudice, with each party to pay their own costs and with complete record waived.

DATED this 5th day of May 2010.

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF UNITED STATES DISTRICT JUDGE

PREPARED & SUBMITTED BY:

William M. Lamson, Jr., #12374
Anne Marie O'Brien, #18271
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE  68114
Telephone:  (402) 397-7300
Telefax:  (402) 397-7824
wlamson@ldmlaw.com
aobrien@ldmlaw.com
*ATTORNEYS FOR DEFENDANTS*