IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE CO.,** | ) |
| Plaintiff, | ) 8:09CV159 |
| vs. | ) ORDER |
| **NEBRASKA BEEF, INC., ET AL.,** | ) |
| Defendants. | ) |

This matter is before the court *sua sponte*.

In light of Chief Judge Bataillon's order of May 3, 2010 (Filing No. 84), the final pretrial conference scheduled for July 16, 2010, and the trial scheduled for August 16, 2010, are cancelled. Should the court reconsider its ruling in this matter, the final pretrial conference and the trial of this matter will be rescheduled following a telephone conference with the undersigned magistrate judge. Five business days after the order on plaintiff's motion for reconsideration, plaintiff's counsel shall arrange such a telephone conference if necessary.

**IT IS SO ORDERED.**

DATED this 16th day of June, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge