IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY, d/b/a Mutual Boiler Re,** ) ) ) | | |
| Plaintiff, ) | 8:09CV159 | |
| ) | | |
| vs. ) | ORDER | |
| ) | | |
| **NEBRASKA BEEF, INC., and SOUTH OMAHA INVESTORS PACK, LLC.** ) ) | | |
| ) | | |
| Defendants. ) | | |

This matter is before the court on the defendants' Response to Show Cause Order on Costs (Filing No. 115). After granting the plaintiff's Motion to Compel Production of Documents and Answers to Interrogatories and Requests for Admission (Filing No. 97), the court required the defendants to show cause why sanctions should not be entered in accordance with Fed. R. Civ. P. 37(a)(5)(A). Under the circumstances of this case and in light of the defendants' response, the court finds no sanctions are appropriate at this time.

**IT IS SO ORDERED.**

DATED this 10th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge