# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY, d/b/a Mutual Boiler Re,** ) ) ) Plaintiff, ) ) vs. ) ) **NEBRASKA BEEF, INC., and** ) **SOUTH OMAHA INVESTORS PACK, LLC.**) ) Defendants. ) | 8:09CV159 <br><br> ORDER |

This matter comes before the court on the Joint Motion for Extension of Discovery Deadline (Filing No. 120). Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The Joint Motion for Extension of Discovery Deadline (Filing No. 120) is granted.

2. All discovery regarding damages shall be extended from April 15, 2011 to **July 15, 2011**, to allow the defendants additional time to provide all responsive documents ordered produced by this court.

3. The trial date scheduled for June 13, 2011, and the pretrial conference scheduled for May 13, 2011, are canceled and will be re-scheduled upon completion of discovery and mediation between the parties.

4. The court will hold a telephone conference on **July 22, 2011, at 10:00 a.m.** The plaintiff's counsel shall initiate the status conference with the undersigned magistrate judge and participating counsel.

DATED this 13th day of April, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge