## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, d/b/a MUTUAL BOILER RE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 8:09-cv-159 ) |
| NEBRASKA BEEF INC., and SOUTH OMAHA INVESTORS PACK, L.L.C., | ) ) ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice, the Court having reviewed the Stipulation, and being otherwise fully advised in the premises,

IT IS THEREFORE ORDERED that Plaintiff's Complaint and Defendants' Counterclaims, together with any and all claims and causes of action asserted in this matter or that could have been asserted in this matter, be and hereby are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys fees.

DATED this 22nd day of December, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
UNITED STATES DISTRICT JUDGE